**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

RICHARD J. HETTLER
Plaintiff,

vs.

CV 01-946 RHK

JOHN STOEBNER,
Defendant.

---

**ORDER FOR REASSIGNMENT OF RELATED CASES**

IN RE: INA MANUFACTURING CORPORATION,

----

RICHARD J. HETTLER,
Plaintiff,

vs.

CV 01-1207 MJD

JOHN R. STOEBNER, ETAL
Defendants.

---

Case No. 01-946 having been assigned to Judge RICHARD H. KYLE and Case No. 01-1207 having later been assigned to Judge MICHAEL J. DAVIS, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-1207 be assigned to Judge RICHARD H. KYLE, nunc pro tunc, by use of a card on the MASTER List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated November 9, 2000.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: JULY 13, 2001

RICHARD H. KYLE, Judge
United States District Court

Dated: JULY 18, 2001.

MICHAEL J. DAVIS, Judge
United States District Court

FILED JUL 1 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

July 20, 2001

RICHARD J. HETTLER CV 01-946 RHK
Plaintiff,

v.
JOHN STOEBNER,
Defendant.

IN RE: INA MANUFACTURING CORPORATION CV 01-1207 MJD
Plaintiff,

v.
JOHN R. STOEBNER, ET AL.
Defendant.

Case No. CV 01-1207 RHK

This case no. 01-1207 has been re-assigned to Judge Richard H. Kyle

Please note new judge initials above and refer to those initials when filing pleadings with the District Court.