**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

In re: INA Manufacturing Corp.,
d/b/a Deep Draw Manufacturing Co.,

Debtor.

Bky. No. 99-30128-DDO

**ORDER**

Richard J. Hettler,

Appellant,

v.

John R. Stoebner,

Appellee.

Civil No. 01-1207 (RHK)

---

On July 2, 2001, the Court received a bankruptcy appeal in the above referenced proceeding and set a briefing schedule, pursuant to which appellant Hettler was to file and serve an appellate brief by July 17, 2001. On July 19, 2001, the matter was transferred to the undersigned as a related case. A review of the file reveals that no filing fee was paid for the above-captioned appeal and that Hettler has, to date, filed no appellate brief. Accordingly, **IT IS ORDERED** that Appellant Richard J. Hettler's appeal is hereby **DISMISSED** for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Date: September 24, 2001

RICHARD H. KYLE
United States District Judge



FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 24 2001
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: SEP 24 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.