# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard J. Hettler

v.

John R. Stoebner

Case No. Civil 01-1207RHK

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Appellant Richard J. Hettler's appeal is **DISMISSED** for failure to prosecute.

DATE: September 24, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk